**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Jason Conway v. The State of Texas

Appellate case number:  01-14-00659-CR

Trial court case number:  1424502

Trial court:  262nd District Court of Harris County

On September 8, 2015, appellant filed a "Second Emergency Motion to Abate Appeal and Remand for Third Supplemental Clerk's Record" requesting that we order the trial court clerk to file a supplemental clerk's record that contains the affidavit of Kathryn Robinson Wallace.

Appellant has also requested an extension of 20 days from the date that the supplemental clerk's record containing the affidavit is filed within which to file his reply brief.

The State has had more than 10 days to file a response to appellant's motion but no response has been received. *See* TEX. R. APP. P. 10.3(a).

We **grant** appellant's motion to supplement the record and order the trial court clerk to file a supplemental clerk's record containing the affidavit of Kathryn Robinson Wallace dated November 12, 2014 with the Clerk of this Court, within 10 days of the date of this order. TEX. R. APP. P. 34.5(c)(1).

We further **grant** appellant's request for an extension. Appellant's reply brief will be due 20 days after the trial court clerk files the supplemental clerk's record with the Clerk of this Court. *See* TEX. R. APP. P. 38.6(c).

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
☒ Acting individually   ☐ Acting for the Court

Date: September 24, 2015